**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Case No.: 18-18281-JKO
Chapter 13

**MARCOS JAIME LEVY**,

    Debtor.
_____/

**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES F TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan, and states:

1. On July 9, 2018 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On August 7, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 15] (the "Plan").

3. Secured Creditor is the owner and holder of that certain promissory note and that certain mortgage recorded on July 22, 2005, as CFN #105210074 in the Official Records of Broward County, Florida, as to the property located at *16100 Golf Club Road, #101, Weston, FL 33326* (the "Property").

4. On August 9, 2018, Secured Creditor timely filed its proof of claim which reflects a total secured claim in the amount of $197,973.78 with pre-petition arrearage amount of $38,146.29 and reflecting the current on-going mortgage payment amount of $990.62.

5. The Debtor's Plan denotes an intention to retain the subject Property by making on-going mortgage payments through the Plan in the amount of $735.54 for the months 1

through 60, as well as, to make payments to cure outstanding arrearages totaling $7,568.71 payable in payments of $126.15 for months 1 through 60.

6. Secured Creditor asserts that the Debtor's Plan does not accurately reflect the current on-going monthly payment nor the current outstanding pre-petition arrearage due Secured Creditor. As such, the proposed Plan is not in compliance with the requirement of 11 U.S.C. § 1322 (b)(3) and § 1325 (a)(5) and cannot be confirmed.

7. Secured Creditor objects to any proposed Plan that proposes to pay Secured Creditor anything less than the current monthly mortgage payment amount of $990.62 as well as any amount less than the total pre-petition arrearage amount of $38,146.29 and payable in equal monthly payments during the life of the plan.

8. Debtor's plan should also account for future tax and insurance obligations.

9. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 plan, and for any such other relief that the Court deems just and proper.

**Dated this 24th day of August, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:  /s/ Chase A. Berger
     Chase A. Berger, Esq.
     Florida Bar No. 083794
     cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Marcos Jaime Levy**
16100 Golf Club Road - Apt 101
Weston, FL 33326-1647

*Debtor's Counsel*
**Elias Leonard Dsouza. Esq.**
111 N. Pine Island Road #205
Plantation, FL 33324

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.